UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 18cr150 DWF/TNL

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | ORDER TEMPORARILY SEALING INDICTMENT |
| v. | |
| 1. MICHAEL HARI, 2. MICHAEL McWHORTER, and 3. JOE MORRIS, | |
| Defendants. | |

This matter comes before the court on the government's motion for temporary sealing of the indictment. The indictment was returned to the court by the Grand Jury today, June 20, 2018.

Based on all the files, records, and proceedings in this matter, the court hereby ORDERS that the indictment shall be sealed until 1:30 p.m. on Thursday, June 21, 2018, and shall thereafter be unsealed.

DATE: June 20, 2018

ANN D. MONTGOMERY
U.S. District Court Judge

SCANNED
JUN 20 2018
U.S. DISTRICT COURT MPLS

1