UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

          Plaintiff,

v.

Michael Hari (1),
Michael McWhorter (2), and
Joe Morris (3),

          Defendants.

Civil No. 18-CR-150 (DWF/TNL)

**ORDER OF RECUSAL**

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter.

Dated: July 23, 2018

*s/Tony N. Leung*
TONY N. LEUNG
United States Magistrate Judge