UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

United States of America,

    Plaintiff,

v.

Michael McWhorter (2),

    Defendant.

---

Criminal No. 18-cr-150
(DWF/HB)

**STATEMENT OF FACTS IN SUPPORT OF EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT**

---

Pursuant to 18 U.S.C. § 3161(h)(7)(A), I, Michael McWhorter, the defendant in this case, agree to the following statement of facts in support of my motion to exclude time under the Speedy Trial Act. My attorney and the attorney for the Government are trying to resolve this matter. Due to my delay in arriving in Minnesota and my counsel's schedule, we have been unable to fully discuss the Government's offer.

Based on the above facts, I request that the period of time from now until February 7, 2019 be excluded from the time in which I would otherwise have to be brought to trial on my case.

I have discussed this matter with my attorney. I voluntarily make this request, with full knowledge of my rights under the Speedy Trial Act.

Dated: 12/28/18

                                                /s/ Michael McWhorter
                                                Defendant

Dated: Dec 28, 2018

*[signature]*

Christopher W. Madel
Attorney for defendant